UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joel Marvin Munt,

    Plaintiff,

v.

Paul Schnell, Collin Gau, Grievance Appeal Coordinators, Michelle Smith, Sherlinda Wheeler, Lt. Hills, Other OPH Mailroom Staff, David Reishus, Steve McCarty, Bronson Austreng, Lt. Besonen, Stephanie Huppert, OPH Grievance Coordinators, Mike Warner, Lt. Milliron, and Mark Arneson,

    Defendants.

Case No. 19-cv-56 (JNE/HB)
ORDER

This matter is before the Court on a Report and Recommendation ("R&R") dated March 12, 2020 by the Honorable Hildy Bowbeer, United States Magistrate Judge. ECF No. 71. The magistrate judge recommended that the Court grant Defendants' Motion to Dismiss, dismiss Plaintiff's complaint with prejudice, deny Plaintiff's other requests, and restrict Plaintiff from filing new legal actions in this District unless he is represented by counsel or obtains prior court approval. Plaintiff objected to the R&R and Defendants responded. ECF Nos. 73, 74.

Based on a de novo review of the record, the Court adopts the R&R and accepts the recommended disposition. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); LR 72.2(b)(3). The Court notes that a filing restriction will not prevent Plaintiff from bringing a meritorious action, but he must be represented by counsel or obtain prior court approval to do so.

2

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss [ECF No. 38] is GRANTED;

2. Plaintiff's Complaint [ECF No. 1] is DISMISSED WITH PREJUDICE;

3. Plaintiff's Requests for Court Actions [ECF No. 47] and Request to Reply [ECF No. 61] are DENIED;

4. Plaintiff Joel Marvin Munt is restricted from filing new cases in this District unless he is represented by counsel or first obtains prior written authorization to file an action from a judicial officer of this District.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 5, 2020

s/ Joan N. Ericksen  
JOAN N. ERICKSEN  
United States District Judge